# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ROBERT R. MARTELL**

    vs.　　　　　　　　　　CASE NUMBER: 7:06-CV-1108 (FJS)

**MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

It is ordered that the Commissioner's final decision denying disability benefits is AFFIRMED, and plaintiff's Complaint filed by Robert R. Martell is DISMISSED.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, dated the 31st day of March, 2009.

DATED: March 31, 2009

_[signature]_
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk